USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.V. on behalf of her minor child G.R.,

    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

    Defendant.

1:21-cv-02673 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court has reviewed the joint letter and proposed case management plan filed by the parties. *See* ECF No. 13. After review of the Parties proposal, the Initial Conference scheduled for July 21, 2021 is cancelled. The parties should brief their anticipated motions for summary judgment on the following schedule:

- Plaintiff's motion, limited to 25 pages, must be filed on or before August 16, 2021;
- Defendant's combined opposition and cross-motion, limited to 40 pages, must be filed on or before September 20, 2021;
- Plaintiff's combined reply and opposition, limited to 30 pages, must be filed on or before October 4, 2021;
- Defendant's reply, limited to 15 pages, must be filed on or before October 20, 2021.

Any request for an extension or adjournment of the deadlines set out herein must be filed on ECF at least 72 hours in advance of the deadline in question.

**SO ORDERED.**

**Date: July 15, 2021**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**